# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2017

Stephen J. Markman
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155307(65)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LAMONT DALVON HODGES,
      Defendant-Appellant.
_____/

SC: 155307
COA: 328735
Wayne CC: 14-007697-FH

     On order of the Chief Justice, the motion of defendant-appellant to file a supplement to the application for leave to appeal is GRANTED. The supplement submitted on April 26, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2017



Clerk